# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132992

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COLLEEN PATRICIA O'BRIEN,
      Defendant-Appellant.

SC: 132992
COA: 273930
Wayne CC: 05-007656-01

_____/

On order of the Court, the application for leave to appeal the November 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

d0521